UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABRIZIA L., parent of three children; UDAYA, parent of three children; CHLOE, parent of three children; KATIE, parent of three children; UELOT, parent of two children, and on behalf of all others similarly situated,<br>         *Plaintiffs*,<br>v.<br>CHARLIE BAKER, in his official capacity as Governor of the Commonwealth of Massachusetts; SUPREME JUDICIAL COURT, its associate justices and HONORABLE CHIEF JUSTICE RALPH D. GANTS; THE GENERAL COURT, comprising of the Senate and House of Representatives; LINDA SPEARS, in her official capacity as Commissioner of the of the Department of Children and Families; MARYLOU SUDDERS, in her official capacity as Secretary of Health and Human Services; ANTHONY J. BENEDETTI, in his official capacity as Chief Counsel for the Committee for Public Counsel Services; KAREN SPILKA, in her official capacity as President of the Senate; ROBERT DELEO, in his official capacity as Speaker of the House of Representatives; GENE RAUHALA, ALAN I. LEVINE, TAMEKA GRANTHAM O'BRIEN and KRISTYN SNYER MCKENNA, counsel on behalf of CAFL Division of CPCS; HONORABLE JUDGE JOY FLOWERS CONTI, in her official capacity and on behalf of all others,<br>         *Defendants*. | CIVIL ACTION NO. 18-cv-11674-LTS |

**NOTICE OF APPEARANCE OF
KATHERINE L. KENNEY AND SUSAN M. SILVA**

Please enter the appearances of Katherine L. Kenney and Susan M. Silva as counsel for the Defendant Kristyn Snyder McKenna, in the above-captioned matter.

Respectfully submitted,

KRISTYN SNYER MCKENNA,
By her attorneys,


/s/ Katherine L. Kenney
Katherine L. Kenney, Esq.
BBO# 637204
Susan M. Silva, Esq.
BBO# 694176
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
kkenney@peabodyarnold.com
ssilva@peabodyarnold.com

Dated: November 12, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 12th day of November, 2018.

/s/ Katherine L. Kenney, Esq.

1498535_1
1518-482P