UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L. et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 18-11674-LTS |
| | ) |
| BAKER et. al., | ) |
| | ) |
| Defendant(s). | ) |

ORDER

January 4, 2019

SOROKIN, J.

The Court will hold a hearing on the pending motions to dismiss, Docs. No. 39, 41, 45, 52. The hearing will take place on **Tuesday, January 22 at 3:30pm** in Courtroom 13 on the fifth floor. Counsel for each movant and counsel for the plaintiffs shall appear in person.

The amended complaint, Doc. No. 10, refers to five parents as plaintiffs: Parents A, B, C, D, and E. Plaintiff's counsel shall file by close of business on January 10, 2019, a reference list containing the full name and mailing address of each Parent (A, B, C, D, and E). Counsel shall file this reference list under seal. See Fed. R. Civ. P. 5.2(g). Each individual plaintiff named in the complaint shall appear in person at the January 22 motion hearing.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge