UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:18-cv-11674-LTS

L, ET.AL.
*Plaintiff,*

v.

BAKER, ET.AL.
*Defendants*

CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 62) dated January 24, 2019 allowing [39][41][45][52] Motions to Dismiss, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

January 24, 2019